# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCATIONAL ASSISTANCE FOUNDATION FOR THE DESCENDENTS OF HUNGARIAN IMMIGRANTS IN THE PERFORMING ARTS, INC., <br><br> Appellee, <br><br> BARRETT WEINBERGER AND FRANCES ODZA, CO-EXECUTORS OF THE ESTATE OF JULIUS SCHALLER, AND THE ENTIRE CLASS OF BENEFICIARIES OF THE ESTATE OF JULIUS SCHALLER, <br><br> Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Appellee. | No. 14-5127 |

## STATEMENT OF ISSUES TO BE RAISED

Appellants Barrett Weinberger, co-executor and beneficiary of the Estate of Julius Schaller; Frances Odza, co-executor and beneficiary of the Estate of Julius Schaller; and the entire class of beneficiaries of the Estate of Julius Schaller hereby state that they intend to raise the following issues on appeal:

Whether Appellants should have been permitted to intervene in order to assert claims relating to the attorney-client privilege and attorney work product that

applied to a letter sent on behalf of Appellants to their counsel for the purpose of seeking legal advice?

Whether the district court applied the correct legal test for waiver of the attorney-client privilege and attorney work product?

Whether the attorney-client privilege and attorney work product that applied to a letter sent on behalf of Appellants to their counsel for the purpose of seeking legal advice had in fact been waived?

Dated:  June 30, 2014                    Respectfully submitted,

By:  */s/ Stephen R. Lacheen*
   Stephen R. Lacheen
   (*admission pending*)
Lacheen, Wittels & Greenberg
1429 Walnut Street, 13th Floor
Philadelphia, PA 19102
Tel:  215-735-5900
Fax:  215-735-4649

*Counsel for Appellants/Intervenors Barrett Weinberger and Frances Odza, as co-executors for the Estate of Julius Schaller, and the Entire Class of Beneficiaries of the Estate of Julius Schaller*

2

# CERTIFICATE OF SERVICE

I, Stephen R. Lacheen, Esquire hereby certify that a true and correct copy of the foregoing was served on June 30, 2014 as follows:

via ECF

Jennifer M. Rubin
Tax Division
U.S. Department of Justice
Post Office Box 502
Ben Franklin Station
Washington, DC 20044

via regular mail, postage pre-paid

Charles A. Murray
CHARLES A. MURRAY, P.A.
27911 Crown Lake Blvd., Suite 226
Bonita Springs, FL  34135-4218

Kenneth W. Ravenell
MURPHY & FALCON, PA
One South Street, Suite 2300
Baltimore, Maryland 21202


 _/s/ Stephen R. Lacheen_
Stephen R. Lacheen