# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-5127                September Term, 2014

1:11-cv-01573-RBW

**Filed On:** November 5, 2014

Educational Assistance Foundation For The Descendants of Hungarian Immigrants In The Performing Arts, Inc., A Florida not-for-profit corporation,

       Appellee

Barrett Weinberger, Co-Executors of the Estate of Julius Schaller and the entire Class of Beneficiaries of the Estate of Julius Schaller and Frances Odza, Co-Executors of the Estate of Julius Schaller and the entire Class of Beneficiaries of the Estate of Julius Schaller,

       Appellants

   v.

United States of America,

       Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that this appeal be held in abeyance pending the district court's resolution of the motion to certify for interlocutory appeal the district court's order entered March 27, 2014. The district court is requested to notify this court promptly upon its resolution of that motion.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                BY:    /s/
                                                      Robert J. Cavello
                                                      Deputy Clerk